## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WILLIE D. BEMBRY, | : | Case No. 3:15-cv-344 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | | |
| Defendant. | | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.  The Report and Recommendations filed on February 17, 2017 (Doc. #14) is ADOPTED in full;

2.  The Commissioner's non-disability finding be vacated;

3.  No finding be made as to whether Plaintiff Willie D. Bembry was under a "disability" within the meaning of the Social Security Act;

4.  This matter be **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations, and this Decision and Entry; and

5.  The case is terminated on the docket of this Court.

2

**IT IS SO ORDERED.**

Date:  March 6, 2017                                          */Thomas M. Rose
                                                              Thomas M. Rose
                                                              United States District Judge